### 21523. PEPPERS *v.* THE STATE.

BROYLES, C. J. 1. Under the facts of the case it was not error for the judge to instruct the jury upon the law of recent possession of stolen property.

2. The evidence as to the defendant's guilt, while circumstantial, was sufficient to authorize the jury to find that it excluded every reasonable hypothesis save that of his guilt; and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JULY 15, 1931.

*Frank T. Grizzard, H. F. Sharp,* for plaintiff in error.
*Henry T. Golightly, solicitor,* contra.